

# U. S. Department of Justice

*Thomas G. Walker*

*United States Attorney*
*Eastern District of North Carolina*

| | |
|---|---|
| *Terry Sanford Federal Building* | *Telephone (919) 856-4530* |
| *310 New Bern Avenue* | *Criminal FAX (919) 856-4487* |
| *Suite 800* | *Civil FAX (919) 856-4821* |
| *Raleigh, North Carolina 27601-1461* | *www.usdoj.gov/usao/nce* |

## NOTICE OF RELATED CASES

DATE: April 10, 2012

TO: Clerk's Office
United States District Court
Raleigh, North Carolina

FROM: W. GLENN PERRY *NH*
Assistant United States Attorney
Criminal Division

SUBJECT: <u>United States v. Nigel Omar Gray</u>
Docket No. 4 12-CR-54-1 - Eastern Division

The above-named case is being presented for indictment on April 10, 2012. The indictment charges Defendant Gray with conspiracy to distribute one (1) kilogram or more of heroin and five-hundred (500) grams or more of cocaine.

A previously filed indictment, <u>United States v. Keith Jenkins</u>, Docket No. 4:11-CR-106-1FL, arose out of the same conspiracy or transaction involving the illegal sale of narcotics in Pitt County, N.C. The conspiracy between Defendants Jenkins and Gray was not known by the United States at the time that the previous indictment was submitted to the Grand Jury. Substantial duplication of labor would be required if these cases were heard by different judges.

Reviewed and approved by: _____
JOHN STUART BRUCE
First Assistant U.S. Attorney