UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA



FILED IN OPEN COURT
ON 6/12/2012
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA | *Consent to Proceed Before United States Magistrate Judge* |
| VS. | |
| NIGEL OMAR GRAY | Case No. 4:12-CR-54-1-FL |

The United States Magistrate Judge has explained to me the nature of the offense(s) for which I am charged including the maximum penalties if found guilty. The Magistrate Judge has informed me of my right to assistance of legal counsel and my right to trial, judgment, and sentencing before a United States District Judge.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO BE ARRAIGNED BEFORE A UNITED STATES DISTRICT JUDGE AND THEREFORE CONSENT TO ARRAIGNMENT BEFORE A UNITED STATES MAGISTRATE JUDGE.

_____
Defendant

_____
Defense Attorney

_____
Asst. United States Attorney

_____
ROBERT B. JONES, JR.
U.S. Magistrate Judge