IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CR-54-FL-1
No. 4:15-CV-187-FL

| | |
|---|---|
| NIGEL OMAR GRAY, | ) |
| Petitioner, | ) |
| v. | ) MOTION TO DISMISS |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

Respondent, by and through the United States Attorney for the Eastern District of North Carolina, submits this motion to dismiss Petitioner's 28 U.S.C. § 2255 motion for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). A memorandum of law is filed in support of this motion.

Respectfully submitted, this 11th day of January, 2016.

THOMAS G. WALKER
United States Attorney

By: /s/ BARBARA D. KOCHER_____
BARBARA D. KOCHER
Attorney for Respondent
Assistant United States Attorney
Appellate Division
310 New Bern Avenue
Suite 800 Federal Building
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: barb.kocher@usdoj.gov
N.C. Bar # 16360

CERTIFICATE OF SERVICE

I do hereby certify that I have this 11th day of January, 2016, served a copy of the foregoing upon the below-listed party by placing a copy in the U.S. Mail, addressed as follows:

    Nigel Omar Gray
    Reg No. 56307-056
    FCI Butner Medium I
    P.O. Box 1000
    Butner, NC  27509

    /s/ BARBARA D. KOCHER\_\_\_\_\_  \_\_\_\_
    BARBARA D. KOCHER
    Attorney for Respondent
    Assistant United States Attorney
    Appellate Division
    310 New Bern Avenue
    Suite 800 Federal Building
    Raleigh, NC 27601-1461
    Telephone: (9l9) 856-4530
    Facsimile: (919) 856-4821
    Email: barb.kocher@usdoj.gov
    N.C. Bar # 16360