UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:12-CR-00054-FL-1
4:15-CV-187-FL

UNITED STATES OF AMERICA

v.

NIGEL OMAR GRAY

NOTICE OF APPEAL

Pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, NOTICE IS HEREBY GIVEN that the Defendant, Nigel Omar Gray, hereby appeals to the Fourth Circuit Court of Appeals from the judgment entered in this court in the above-captioned case. As judgment was entered by the Honorable Judge Louise Wood Flanagan on July 20, 2016, this notice is therefore filed within the time specification established in Rule 4(b).

Respectfully requested, this 3rd day of August, 2016.

*/s/ Sherri Royall Alspaugh*
SHERRI ROYALL ALSPAUGH
Assistant Federal Public Defender
Chief Trial Attorney
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Sherri_Alspaugh@fd.org
N.C. State Bar No. 17581
LR 57.1 Counsel, Appointed

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

**Barbara D. Kocher**
**Seth Morgan Wood**
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

by electronically filing the foregoing with the Clerk of Court on August 3, 2016, using the CM/ECF system which will send notification of such filing to the above.

This the 3rd day of August, 2016.

*/s/ Sherri Royall Alspaugh*
SHERRI ROYALL ALSPAUGH
Assistant Federal Public Defender
Chief Trial Attorney
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Sherri_Alspaugh@fd.org
N.C. State Bar No. 17581
LR 57.1 Counsel, Appointed