U.S. Dist. Clerk
East Dist. of N. Carolina
413 Middle Street
New Bern, NC 28560

Dec , 2016

Re: Criminal case No. 4:12-CR-54-FL-1 and 4:15-CR-187FL

Dear District Clerk,
　Please find enclosed the original and two copies to my "Motion for Reconsideration". Thank you for filing this motion in accordance to the Rule.

Sincerely,
x Nigel O. Gray By
Nigel Omar Gray
Reg. #56307-056
FCI Butner 1
P.O. Box 1000
Butner, NC 27509