CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
413 MIDDLE STREET
NEW BERN, NORTH CAROLINA 28560

OFFICIAL BUSINESS

X-RAYED CSO

**RECEIVED**
APR 12 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Nigel Omar Gray
56307-056
Butner Medium I - F.C.I.
P.O. Box 1000
Butner, NC 27509

RTS

**LEGAL MAIL - OPEN IN PRESENCE OF INMATE**

UNITED STATES POSTAGE
PITNEY BOWES
02 1P      $ 000.51⁰
0004744170  APR 02 2021
MAILED FROM ZIP CODE 28560

NIXIE    276   DE 1      0004/10/21
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

UTF    BC: 28560493013    *2648-03243-03-46

27509-100000

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CR-54-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| NIGEL OMAR GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's renewed motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (DE 96). The Federal Bureau of Prisons' inmate locator website indicates defendant has been transferred to a residential reentry center. Defendant, however, has not provided the court with his new mailing address, and the court cannot obtain defendant's address from public sources. Accordingly, the instant motion for compassionate release (DE 96) is DISMISSED without prejudice for failure to prosecute. See Local Crim. R. 57.3.

SO ORDERED, this the 2nd day of April, 2021.

LOUISE W. FLANAGAN
United States District Judge